Payment History and Schedule, TRACI BENNETT

Report Date:
4/30/2023 - 3/20/2024

Textbroker LLC
8076 W Sahara Ave 2nd Floor, United States

First name: Traci
Last name: Bennett
Address line 1: 1871 SHALOM AVE
ZIP / postal code: 82718
City: Gillette
Date of birth: 03/31/1992
Job: Content Writer & Ghost Writer

Payoneer account is connected. Tax form submitted

*Payoneer is a large payments company, not owned or controlled by Textbroker. Payoneer will ask you to provide personal information, including banking information. Payoneer will require that you set up a Payoneer account with its own login and password (they will show you how to do this.) None of the information you give Payoneer, including your password, will be stored by Textbroker.

### Listing of All Pay-Outs

| Requested | Amount (net) | VAT | Total | Status |
|---|---|---|---|---|
| 02/18/2024 | $ 37.30 | $ 0.00 | $ 37.30 | Done - 02/19/2024 |
| 02/12/2024 | $ 29.84 | $ 0.00 | $ 29.84 | Done - 02/12/2024 |
| 02/03/2024 | $ 41.03 | $ 0.00 | $ 41.03 | Done - 02/05/2024 |
| 01/28/2024 | $ 55.95 | $ 0.00 | $ 55.95 | Done - 01/29/2024 |
| 01/09/2024 | $ 134.28 | $ 0.00 | $ 134.28 | Done - 01/11/2024 |
| 12/27/2023 | $ 936.23 | $ 0.00 | $ 936.23 | Done - 12/28/2023 |
| 12/18/2023 | $ 283.33 | $ 0.00 | $ 283.33 | Done - 12/18/2023 |
| 12/03/2023 | $ 690.05 | $ 0.00 | $ 690.05 | Done - 12/04/2023 |
| 11/19/2023 | $ 100.71 | $ 0.00 | $ 100.71 | Done - 11/20/2023 |
| 11/12/2023 | $ 41.03 | $ 0.00 | $ 41.03 | Done - 11/13/2023 |
| 11/05/2023 | $ 41.03 | $ 0.00 | $ 41.03 | Done - 11/06/2023 |
| 10/30/2023 | $ 384.19 | $ 0.00 | $ 384.19 | Done - 10/30/2023 |
| 10/22/2023 | $ 943.69 | $ 0.00 | $ 943.69 | Done - 10/23/2023 |
| 09/30/2023 | $ 406.57 | $ 0.00 | $ 406.57 | Done - 10/02/2023 |
| 09/24/2023 | $ 432.13 | $ 0.00 | $ 432.13 | Done - 09/25/2023 |
| 09/18/2023 | $ 205.15 | $ 0.00 | $ 205.15 | Done - 09/18/2023 |
| 08/27/2023 | $ 201.42 | $ 0.00 | $ 201.42 | Done - 08/28/2023 |
| 08/20/2023 | $ 335.70 | $ 0.00 | $ 335.70 | Done - 08/21/2023 |
| 08/13/2023 | $ 331.97 | $ 0.00 | $ 331.97 | Done - 08/14/2023 |
| 07/30/2023 | $ 596.80 | $ 0.00 | $ 596.80 | Done - 07/31/2023 |
| 07/16/2023 | $ 328.24 | $ 0.00 | $ 328.24 | Done - 07/17/2023 |
| 07/02/2023 | $ 214.74 | $ 0.00 | $ 214.74 | Done - 07/03/2023 |
| 06/25/2023 | $ 548.96 | $ 0.00 | $ 548.96 | Done - 06/26/2023 |
| 06/19/2023 | $ 330.21 | $ 0.00 | $ 330.21 | Done - 06/19/2023 |
| 06/12/2023 | $ 233.23 | $ 0.00 | $ 233.23 | Done - 06/12/2023 |
| 05/28/2023 | $ 153.36 | $ 0.00 | $ 153.36 | Done - 05/30/2023 |
| 05/22/2023 | $ 220.78 | $ 0.00 | $ 220.78 | Done - 05/22/2023 |
| 05/15/2023 | $ 319.62 | $ 0.00 | $ 319.62 | Done - 05/15/2023 |

| Date | Amount | | Total | Status |
|---|---|---|---|---|
| 04/17/2022 | $ 865.76 | $ 0.00 | $ 865.76 | Done - 04/18/2022 |
| 04/04/2022 | $ 720.22 | $ 0.00 | $ 720.22 | Done - 04/04/2022 |
| 03/28/2022 | $ 437.02 | $ 0.00 | $ 437.02 | Done - 03/28/2022 |
| 03/21/2022 | $ 493.09 | $ 0.00 | $ 493.09 | Done - 03/21/2022 |
| 03/16/2022 | $ 1,061.19 | $ 0.00 | $ 1,061.19 | Done - 03/17/2022 |
| 03/06/2022 | $ 986.95 | $ 0.00 | $ 986.95 | Done - 03/07/2022 |
| 02/21/2022 | $ 755.81 | $ 0.00 | $ 755.81 | Done - 02/21/2022 |
| 02/14/2022 | $ 206.32 | $ 0.00 | $ 206.32 | Done - 02/14/2022 |
| 02/07/2022 | $ 110.92 | $ 0.00 | $ 110.92 | Done - 02/07/2022 |
| 01/31/2022 | $ 253.73 | $ 0.00 | $ 253.73 | Done - 01/31/2022 |
| 01/24/2022 | $ 698.84 | $ 0.00 | $ 698.84 | Done - 01/24/2022 |
| 01/02/2022 | $ 656.27 | $ 0.00 | $ 656.27 | Done - 01/03/2022 |
| 12/20/2021 | $ 578.35 | $ 0.00 | $ 578.35 | Done - 12/20/2021 |
| 11/24/2021 | $ 537.00 | $ 0.00 | $ 537.00 | Done - 11/29/2021 |
| 11/14/2021 | $ 541.98 | $ 0.00 | $ 541.98 | Done - 11/15/2021 |
| 10/25/2021 | $ 548.00 | $ 0.00 | $ 548.00 | Done - 10/25/2021 |
| 10/17/2021 | $ 430.34 | $ 0.00 | $ 430.34 | Done - 10/18/2021 |
| 10/11/2021 | $ 532.44 | $ 0.00 | $ 532.44 | Done - 10/11/2021 |
| 09/28/2021 | $ 652.93 | $ 0.00 | $ 652.93 | Done - 09/30/2021 |
| 09/01/2021 | $ 368.30 | $ 0.00 | $ 368.30 | Done - 09/02/2021 |
| 08/23/2021 | $ 626.85 | $ 0.00 | $ 626.85 | Done - 08/23/2021 |
| 08/08/2021 | $ 75.40 | $ 0.00 | $ 75.40 | Done - 08/09/2021 |
| 07/25/2021 | $ 302.16 | $ 0.00 | $ 302.16 | Done - 07/26/2021 |
| 07/18/2021 | $ 151.20 | $ 0.00 | $ 151.20 | Done - 07/19/2021 |
| 07/02/2021 | $ 43.20 | $ 0.00 | $ 43.20 | Done - 07/05/2021 |
| 06/21/2021 | $ 194.40 | $ 0.00 | $ 194.40 | Done - 06/21/2021 |
| 06/14/2021 | $ 419.77 | $ 0.00 | $ 419.77 | Done - 06/14/2021 |
| 05/23/2021 | $ 216.00 | $ 0.00 | $ 216.00 | Done - 05/24/2021 |
| 05/17/2021 | $ 249.20 | $ 0.00 | $ 249.20 | Done - 05/17/2021 |
| 05/10/2021 | $ 220.11 | $ 0.00 | $ 220.11 | Done - 05/10/2021 |
| 05/02/2021 | $ 165.88 | $ 0.00 | $ 165.88 | Done - 05/03/2021 |
| 04/26/2021 | $ 188.92 | $ 0.00 | $ 188.92 | Done - 04/26/2021 |
| 04/19/2021 | $ 341.10 | $ 0.00 | $ 341.10 | Done - 04/19/2021 |
| 04/12/2021 | $ 345.10 | $ 0.00 | $ 345.10 | Done - 04/12/2021 |
| 03/20/2021 | $ 274.00 | $ 0.00 | $ 274.00 | Done - 03/22/2021 |
| 03/13/2021 | $ 237.60 | $ 0.00 | $ 237.60 | Done - 03/15/2021 |
| 02/22/2021 | $ 540.30 | $ 0.00 | $ 540.30 | Done - 02/22/2021 |
| 02/11/2021 | $ 311.83 | $ 0.00 | $ 311.83 | Done - 02/11/2021 |
| 01/31/2021 | $ 115.16 | $ 0.00 | $ 115.16 | Done - 02/01/2021 |
| 01/25/2021 | $ 642.19 | $ 0.00 | $ 642.19 | Done - 01/25/2021 |
| 01/11/2021 | $ 109.10 | $ 0.00 | $ 109.10 | Done - 01/11/2021 |

Heritage Christian School
510 Wall Street Ct
Gillette WY 82718

Pay Stub Detail
PAY DATE: 03/20/2024
NET PAY: $761.21

TRACI M. BENNETT
1871 Shalom Ave
Gillette WY 82718

**EMPLOYER**
Heritage Christian School
510 Wall Street Ct
Gillette WY 82718

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 03/01/2024 |
| Period Ending: | 03/15/2024 |
| Pay Date: | 03/20/2024 |
| Total Hours: | 75.00 |

**EMPLOYEE**
TRACI M. BENNETT
1871 Shalom Ave
Gillette WY 82718

**NET PAY:** $761.21

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 75.00 | 11.34 | 850.50 | 1,417.50 |
| Reimbursement | - | - | 0.00 | 100.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 24.22 | 24.22 |
| Social Security | 52.74 | 87.89 |
| Medicare | 12.33 | 20.55 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $850.50 | $1,517.50 |
| Taxes | $89.29 | $132.66 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$761.21** | |

Heritage Christian School
510 Wall Street Ct
Gillette WY 82718

Check No.: 21832

Pay Stub Detail
PAY DATE: 02/20/2024
NET PAY: $193.74

TRACI M. BENNETT
1871 Shalom Ave
Gillette WY 82718

---

Check No.: 21832

**EMPLOYER**
Heritage Christian School
510 Wall Street Ct
Gillette WY 82718

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/01/2024 |
| Period Ending: | 02/15/2024 |
| Pay Date: | 02/20/2024 |
| Total Hours: | 18.50 |

**EMPLOYEE**
TRACI M. BENNETT
1871 Shalom Ave
Gillette WY 82718

**NET PAY:** $193.74

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 18.50 | 11.34 | 209.79 | 209.79 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 13.01 | 13.01 |
| Medicare | 3.04 | 3.04 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $209.79 | $209.79 |
| Taxes | $16.05 | $16.05 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$193.74** | |

Bennett Advertising Inc
PO Box 3224
Gillette, WY 82717

Traci M Bennett
1871 Shalom Ave
Gillette, WY 82718

| Employee Pay Stub | Check number: | | | Pay Period: 12/01/2023 - 12/31/2023 | Pay Date: 01/05/2024 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| Traci M Bennett, 1871 Shalom Ave, Gillette, WY 82718 | | | | ***-**-7087 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 1,000.00 | 1,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -173.50 | -173.50 |
| Social Security Employee | -62.00 | -62.00 |
| Medicare Employee | -14.50 | -14.50 |
| | -250.00 | -250.00 |
| **Net Pay** | **750.00** | **750.00** |

Bennett Advertising Inc, PO Box 3224, Gillette, WY 82717

Bennett Advertising Inc
PO Box 3224
Gillette, WY 82717

Traci M Bennett
1871 Shalom Ave
Gillette, WY 82718

| Employee Pay Stub | Check number: | | | Pay Period: 01/01/2024 - 01/31/2024 | Pay Date: 02/05/2024 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| Traci M Bennett, 1871 Shalom Ave, Gillette, WY 82718 | | | | ***-**-7087 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 1,000.00 | 2,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -173.50 | -347.00 |
| Social Security Employee | -62.00 | -124.00 |
| Medicare Employee | -14.50 | -29.00 |
| | -250.00 | -500.00 |
| **Net Pay** | **750.00** | **1,500.00** |

Bennett Advertising Inc, PO Box 3224, Gillette, WY 82717

Bennett Advertising Inc
PO Box 3224
Gillette, WY 82717

Traci M Bennett
1871 Shalom Ave
Gillette, WY 82718

| Employee Pay Stub | Check number: | | | Pay Period: 02/01/2024 - 02/29/2024 | Pay Date: 03/05/2024 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| Traci M Bennett, 1871 Shalom Ave, Gillette, WY 82718 | | | | ***-**-7087 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 1,000.00 | 3,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -173.50 | -520.50 |
| Social Security Employee | -62.00 | -186.00 |
| Medicare Employee | -14.50 | -43.50 |
| | -250.00 | -750.00 |

| **Net Pay** | **750.00** | **2,250.00** |
|---|---|---|

Bennett Advertising Inc, PO Box 3224, Gillette, WY 82717