# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

In re:  TRACI BENNETT  § Case No. 24-20083
§
§
§

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/22/2024. The undersigned trustee was appointed on 03/22/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     9,775.61

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9.96 |
| Bank service fees | 94.77 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 9,670.88 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/22/2024 and the deadline for filing governmental claims was 09/18/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,727.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,727.56, for a total compensation of $1,727.56$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $35.60 for total expenses of $35.60$^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2025           By: /s/ RANDY L. ROYAL
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 24-20083 | Trustee Name: | (700066) RANDY L. ROYAL |
| Case Name: | TRACI BENNETT | Date Filed (f) or Converted (c): | 03/22/2024 (f) |
| | | § 341(a) Meeting Date: | 04/16/2024 |
| For Period Ending: | 08/26/2025 | Claims Bar Date: | 07/22/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2023 TAX REFUND | 9,361.00 | 9,361.00 | | 9,538.61 | FA |
| 2 | 1871 SHALOM GILLETTE WY, CAMPBELL COUNTY 82716 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 2008 CHRYSLER OTHER INFORMATION: CONDITION: | 2,142.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD APPLIANCES, ELECTRONICS, FURNITURE, AND TOOLS. | 600.00 | 0.00 | | 0.00 | FA |
| 5 | MEN, WOMEN, AND CHILDREN'S CLOTHING AND JEWELRY. | 525.00 | 0.00 | | 0.00 | FA |
| 6 | DOG | 0.00 | 0.00 | | 0.00 | FA |
| 7 | CHECKING ACCOUNT: BECU | 0.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING ACCOUNT: HIGHMARK | 0.00 | 0.00 | | 0.00 | FA |
| 9 | SUPPORT: CHILD SUPPORT OWED BY FATHER | 10,700.00 | 10,700.00 | | 0.00 | FA |
| 10 | WAGES (u) | 237.00 | 237.00 | | 237.00 | FA |
| 10 | Assets Totals (Excluding unknown values) | $23,565.00 | $20,298.00 | | $9,775.61 | $0.00 |

**Major Activities Affecting Case Closing:**

4.16.2024 HOLD FOR 2023 TAX REFUND
4.16.2024 COLLECT WAGES OF $237.00
4.16.2024 CLAIMS BAR DATE SET, LDFC = 7.22.2024
8.2.2024 READY FOR TFR
01.31.2025 TFR STILL NEEDS DONE

Initial Projected Date Of Final Report (TFR):   12/31/2025    Current Projected Date Of Final Report (TFR):   07/31/2025

UST Form 101-7-TFR (5/1/2011)

Form 2 | Exhibit B
---|---
| Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 24-20083 | Trustee Name: | RANDY L. ROYAL (700066) |
|---|---|---|---|
| Case Name: | TRACI BENNETT | Bank Name: | Pinnacle Bank |
| Taxpayer ID #: | **-***4383 | Account #: | ******0105 Checking Account |
| For Period Ending: | 08/26/2025 | Blanket Bond (per case limit): | $63,233,902.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/02/24 | {10} | TRACI BENNETT | WAGES | 1229-000 | 237.00 | | 237.00 |
| 07/15/24 | {1} | IRS | 2023 TAX REFUND | 1124-000 | 9,538.61 | | 9,775.61 |
| 07/31/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 7.86 | 9,767.75 |
| 08/30/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 14.04 | 9,753.71 |
| 09/30/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 12.19 | 9,741.52 |
| 10/31/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 12.17 | 9,729.35 |
| 11/29/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 12.16 | 9,717.19 |
| 12/10/24 | 5001 | INTERNATIONAL SURETIES, LTD. | ANNUAL BLANKET BOND PREMIUM (12-1-2024 TO 12-1-2025), NO. 612419153 | 2300-000 | | 9.96 | 9,707.23 |
| 12/31/24 | | Pinnacle Bank | Service Charge | 2600-000 | | 12.14 | 9,695.09 |
| 01/31/25 | | Pinnacle Bank | Service Charge | 2600-000 | | 12.11 | 9,682.98 |
| 02/28/25 | | Pinnacle Bank | Service Charge | 2600-000 | | 12.10 | 9,670.88 |
| 03/10/25 | | Western Alliance Bank | Wire Transfer To Western Alliance Bank | 9999-000 | | 9,670.88 | 0.00 |
| | | **COLUMN TOTALS** | | | 9,775.61 | 9,775.61 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 9,670.88 | |
| | | **Subtotal** | | | 9,775.61 | 104.73 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $9,775.61 | $104.73 | |

*{ } Asset Reference(s)*    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 24-20083 | Trustee Name: | RANDY L. ROYAL (700066) |
|---|---|---|---|
| Case Name: | TRACI BENNETT | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***4383 | Account #: | ******3268 Checking Account |
| For Period Ending: | 08/26/2025 | Blanket Bond (per case limit): | $63,233,902.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/10/25 | | Pinnacle Bank | Wire Transfer from Pinnacle Bank | 9999-000 | 9,670.88 | | 9,670.88 |
| | | | COLUMN TOTALS | | 9,670.88 | 0.00 | $9,670.88 |
| | | | Less: Bank Transfers/CDs | | 9,670.88 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)      ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-20083 | **Trustee Name:** | RANDY L. ROYAL (700066) |
| **Case Name:** | TRACI BENNETT | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***4383 | **Account #:** | ******3268 Checking Account |
| **For Period Ending:** | 08/26/2025 | **Blanket Bond (per case limit):** | $63,233,902.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $9,775.61 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $9,775.61 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0105 Checking Account | $9,775.61 | $104.73 | $0.00 |
| ******3268 Checking Account | $0.00 | $0.00 | $9,670.88 |
| | **$9,775.61** | **$104.73** | **$9,670.88** |

UST Form 101-7-TFR (5/1/2011)

Printed: 08/26/25 9:52 AM  **Exhibit C**  Page: 1
**Claims Distribution Register**

### Case: 24-20083 TRACI BENNETT

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/16/25 | 200 | Randy L. Royal<br>524 5TH AVE. SOUTH<br>P.O. BOX 551<br>GREYBULL, WY 82426<br><2100-00 Trustee Compensation> | $ 1,727.56 | $ 1,727.56 | $ 0.00 | $ 1,727.56 | $ 1,727.56 |
| | 08/26/25 | 200 | RANDY L. ROYAL<br>524 5TH AVE. SOUTH<br>P.O. BOX 551<br>GREYBULL, WY 82426<br><2200-00 Trustee Expenses> | $ 35.60 | $ 35.60 | $ 0.00 | $ 35.60 | $ 35.60 |
| | | | Total for Priority 200:   100% Paid | $ 1,763.16 | $ 1,763.16 | $ 0.00 | $ 1,763.16 | $ 1,763.16 |
| | | | Total for Admin Ch. 7 Claims: | $ 1,763.16 | $ 1,763.16 | $ 0.00 | $ 1,763.16 | $ 1,763.16 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 05/06/24 | 610 | GUARDIAN FLIGHT LLC C/O<br>WAKEFIELD & ASSOCIATES LLC<br>PO BOX 58<br>FORT MORGAN, CO 80701<br><7100-00 General Unsecured - § 726(a)(2)> | $ 162,259.22 | $ 162,259.22 | $ 0.00 | $ 162,259.22 | $ 7,907.72 |
| | | | Total for Priority 610:   4.87351% Paid | $ 162,259.22 | $ 162,259.22 | $ 0.00 | $ 162,259.22 | $ 7,907.72 |
| | | | Total for Unsecured Claims: | $ 162,259.22 | $ 162,259.22 | $ 0.00 | $ 162,259.22 | $ 7,907.72 |
| | | | Total for Case: | $ 164,022.38 | $ 164,022.38 | $ 0.00 | $ 164,022.38 | $ 9,670.88 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-20083
Case Name:  TRACI BENNETT
Trustee Name: RANDY L. ROYAL

**Balance on hand:** $ 9,670.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,670.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Randy L. Royal | 1,727.56 | 0.00 | 1,727.56 |
| Trustee, Expenses - RANDY L. ROYAL | 35.60 | 0.00 | 35.60 |

Total to be paid for chapter 7 administrative expenses: $ 1,763.16
Remaining balance: $ 7,907.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,907.72

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,907.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $162,259.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GUARDIAN FLIGHT LLC C/O WAKEFIELD & ASSOCIATES LLC | 162,259.22 | 0.00 | 7,907.72 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,907.72 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**